

# Cassie Felder and Associates, L.L.C.

**Cassie E. Felder**
Attorney at Law

LL.M. in Taxation
Licensed in LA and CO (inactive)

**Ryan M. Falgoust**
Attorney at Law

Licensed in LA

## Acceptance of Service of Process

I, Louisiana's First Choice Auto Auction, L.L.C., affirm that I am a party defendant in the suit styled *Red Barn Motors, Inc., Donald B. Richardson, and Barbara A. Richardson v Next Gear Capital, Inc., as successor-in-interest to Dealer Services Corporation, and Louisiana's First Choice Auto Auction, L.L.C.*

Additionally, I personally received the following documents in the above-mentioned suit:

- **Summons in a Civil Action**
- **Complaint**

_____
Louisiana's First Choice Auto Auction, L.L.C.,
Defendant   NORA BENNETT

1/3/14
Date

_____
Jeremiah J. Sams,
Special Process Server

1/3/14
Date

CASSIE FELDER & ASSOCIATES, LLC • 263 3RD STREET, SUITE 308, BATON ROUGE, LA 70801
PHONE: (225) 448-3560 • FAX: (225) 372-2862 • WWW.FELDERLLC.COM