UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RED BARN MOTORS, INC, DONALD B. RICHARDSON, AND BARBARA A. RICHARDSON | CIVIL ACTION NO. 13-00778 |
| VERSUS | JUDGE BRIAN A. JACKSON |
| NEXTGEAR CAPITAL, INC, as successor-in-interest to DEALER SERVICES CORPORATION, and LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C. | MAG. RICHARD L. BOURGEOIS, JR. |

************************************************************************

## ORDER

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings to Plaintiffs' complaint;

**IT IS ORDERED**, Louisiana's First Choice Auto Auction, L.L.C.'s Motion for Extension of Time is GRANTED.

Baton Rouge, Louisiana, this _____ day of _____, 2014.

_____
JUDGE

1