UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RED BARN MOTORS, INC., <br> DONALD B. RICHARDSON, AND <br> BARBARA A. RICHARDSON <br> <br> VERSUS <br> <br> NEXT GEAR CAPITAL, INC. <br> AS SUCCESSOR-IN-INTEREST TO <br> DEALER SERVICES CORPORATION, <br> AND LOUISIANA'S FIRST CHOICE <br> AUTO AUCTION, L.L.C. | * <br> * CIVIL ACTON NO.: 3:13-CV-00778-BAJ-RLB <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## ORDER GRANTING DISMISSAL OF CLAIMS OF BARBARA A. RICHARDSON AND RED BARN MOTORS, INC.

Considering the Motion to Dismiss Pursuant to Rule 12(b)(6) for Failure to State a Claim,

IT IS ORDERED that NextGear Captial Inc.'s Motion to Dismiss is **GRANTED**.

IT IS FURTHER ORDERED that the claims of Barbara A. Richardson and Red Barn Motors, Inc. be and the same are hereby dismissed with prejudice.

Baton Rouge, Louisiana this _____ day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE