UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RED BARN MOTORS, INC,** <br> **DONALD B. RICHARDSON, AND** <br> **BARBARA A. RICHARDSON** | **CIVIL ACTION NO. 13-00778** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **NEXTGEAR CAPITAL, INC,** <br> as successor-in-interest to **DEALER** <br> **SERVICES CORPORATION, and** <br> **LOUISIANA'S FIRST CHOICE AUTO** <br> **AUCTION, L.L.C.** | **MAG. RICHARD L. BOURGEOIS, JR.** |

*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss for Failure to State a Claim upon which relief may be granted or, Alternatively, Motion to Dismiss Individual Plaintiffs and Motion for More Definite Statement;

**IT IS ORDERED**, that this matter be set for hearing on the Motion, on the _____ day of _____, 2014 at ___ .m.

Baton Rouge, Louisiana this _____ day of February, 2014.

_____
JUDGE

1

Respectfully Submitted:


/s/ Lisa Brener
Lisa Brener, La. Bar #01809
Chelsea Cusimano, La. Bar #34857
**Brener Law Firm, LLC**
3640 Magazine Street
New Orleans, LA 70115
Telephone: (504) 302-7802
Facsimile: (504)304-4759
lbrener@brenerlawfirm.com

*Attorneys for Defendant, Louisiana's First Choice Auto Auction, L.L.C.*