UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RED BARN MOTORS, INC,  
DONALD B. RICHARDSON, AND  
BARBARA A. RICHARDSON

CIVIL ACTION NO. 13-00778

VERSUS

JUDGE BRIAN A. JACKSON

NEXTGEAR CAPITAL, INC,  
as successor-in-interest to DEALER  
SERVICES CORPORATION, and  
LOUISIANA'S FIRST CHOICE AUTO  
AUCTION, L.L.C.

MAG. RICHARD L. BOURGEOIS, JR.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Leave to file Supplemental Opposition to NextGear's Motion to Transfer,

IT IS HEREBY ORDERED that the Motion for Leave is GRANTED and that Louisiana's First Choice Auto Auction, L.L.C.'s Supplemental Opposition to NextGear's Motion to Transfer be filed accordingly.

Baton Rouge, Louisiana, this ____ day of March, 2014.

_____  
UNITED STATES JUDGE

1