**Transferred case has been opened**
insd_cmecf    to: InterdistrictTransfer_LAMD          09/30/2014 01:42 PM

From:    insd_cmecf@insd.uscourts.gov
To:      InterdistrictTransfer_LAMD@lamd.uscourts.gov,

```
CASE: 3:13-cv-00778

DETAILS: Case transferred from Louisiana Middle
has been opened in Southern District of Indiana
as case 1:14-cv-01589, filed 09/29/2014.
```